CASTEL/J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-16-13

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ALBERTO LEGUINA RUZZI,
               Plaintiff,
    - against -
THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,
COLUMBIA UNIVERSITY IN THE CITY OF
NEW YORK, COLUMBIA UNIVERSITY
MEDICAL CENTER, COLUMBIA
UNIVERSITY COLLEGE OF PHYSICIANS
AND SURGEONS, QAIS AL-AWQATI,
*Individually and official capacity*, MAYRA
MARTE-MIRAZ, *Individual and official capacity*,
AND ROSEMARY SAMPOGNA, *Individual and
official capacity*,
               Defendants.
----------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

12 CIV. 5770 (PKC) (RLE)

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the Complaint in this matter is withdrawn and the matter shall be, and the same hereby is, dismissed with prejudice, and without fees or costs to any party.

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned, that the Counterclaim asserted by Defendant The Trustees of Columbia University in the City of New York against Plaintiff Alberto Leguina Ruzzi is hereby withdrawn and shall be dismissed in its entirety, with prejudice, and without fees or costs to any party.

17

Dated: New York, New York
May __, 2013

PHILLIPS & PHILLIPS PLLC

_____
Marjorie Mesidor, Esq.
30 Broad Street, 35th Floor
New York, New York 10004
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP

_____
Edward A. Brill
Susan D. Friedfel
Eleven Times Square
New York, New York 10036
*Attorneys for Defendants
Trustees of Columbia University in the City
of New York; Dr. Rosemary Sampogna; and
Mayra Marte-Miraz*

BERKE-WEISS & PECHMAN LLP

_____
Laurie Berke-Weiss
Jessica N. Tischler
488 Madison Avenue – 11th Floor
New York, NY 10022
*Attorneys for Defendant
Dr. Qais Al-Awqati*

SO ORDERED.

_____
U.S.D.J.

9-16-13

18

8245/19460-064 current/35163053v11